THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Andre Bush, Appellant.
 
 
 

Appeal From Aiken County
 Diane Schafer Goodstein, Circuit Court
 Judge
Unpublished Opinion No. 2008-UP-178
Submitted March 3, 2008  Filed March 14,
 2008    
APPEAL DISMISSED

 
 
 
 Chief Attorney Joseph L. Savitz, III, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia; and Solicitor Barbara R. Morgan, of Aiken, for Respondent.
 
 
 

PER CURIAM: Andre
 Bush appeals his guilty plea to common law robbery.  On appeal, Bush maintains the plea court, by advising
 him of his right to appeal, rendered his plea conditional, and therefore,
 invalid under our jurisprudence.  After a
 thorough review of the record and counsels brief pursuant to Anders v.
 California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), we dismiss[1] Bushs appeal and grant counsels motion to be relieved. 
 
APPEAL
 DISMISSED.
HEARN,
 C.J., PIEPER, J., and GOOLSBY, A.J., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.